## IN THE MATTER OF JONATHAN PERRIN

. . . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1820): *Journal 3:* (1) Recognizance *p. 69.
PAPERS IN FILE: [None]

## RALPH R. BELL *versus* JOHN G. CAMP

JOURNAL ENTRIES (1820–21): *Journal 3:* (1) Jury trial, verdict *p. 77; (2) witness fees ordered paid *p. 78; (3) judgment *p. 164.

PAPERS IN FILE: (1) Transcript of county court record; (2) precipe for subpoena; (3) subpoena; (4) stipulation for use of county court depositions; (5) verdict; (6) precipe for execution ca. sa.; (7) writ of ca. sa. and return; (8) deposition of George Hutchinson; (9) commission to take depositions and depositions of Jonathan Baird, Francis W. G. Camp, and Richard Kennedy; (10) statement of accounts; (11) memo. of dates of verdict and judgment.

*Office Docket,* MS p. 154, c. 87. Recorded in *Book A,* MS pp. 55–63.

## BENJAMIN KNOWER *versus* ZEPHANIAH W. BUNCE

JOURNAL ENTRIES (1820): *Journal 3:* (1) Cognovit, judgment, execution stayed *p. 79.

PAPERS IN FILE: (1) Precipe for habeas corpus cum causa; (2) writ of habeas corpus cum causa; (3) transcript of county court record; (4) recognizance; (5) precipe for execution ca. sa.; (6) writ of ca. sa. and return; (7) precipe for alias ca. sa.; (8) alias ca. sa. and return; (9) precipe for pluries ca. sa.; (10) pluries ca. sa. and return; (11) precipe for pluries ca. sa.; (12) second pluries ca. sa. and return; (13) ca. sa. and return; (14) memo. of costs; (15) letter from Benjamin Knower to Solomon Sibley; (16–17) promissory notes.

*Office Docket,* MS p. 116, c. 15.